# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| LAPATRICK DANIELS | CIVIL ACTION NO. 6:15-cv-02567 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PRODUCTION MANAGEMENT INDUSTRIES, LLC | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the proposed settlement of this lawsuit be approved, that the parties' Joint Motion to Reassert Motion to Approve Settlement Agreement [Doc. No. 60] be **GRANTED** on the terms and conditions set forth in the motion and in the proposed settlement agreement, and that this collective action be **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 3rd day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE